

Thanksgiving Tower
1601 Elm Street | Suite 4100 | Dallas, Texas 75201
Main 214-979-7400 | Fax 214-979-7402

ROBERT JENEVEIN
BJENEVEIN@VINLAW.COM                                          DIRECT DIAL: (214) 979-7409

October 1, 2018

Clerk
Northern District of Texas

    RE:    Cause No. 3:17-cv-02976-B; Finikunda, Inc. v. Aspen Specialty Insurance Co.; in the Northern District of Texas

Dear Clerk:

    The parties met in my office on September 20, 2018 and negotiated in good faith for a full day. I am pleased to advise that due to the fine efforts of all parties involved, the above referenced case has been settled.

                                  Sincerely,

                                  */s/ Robert Jenevein*

                                  Robert Jenevein